THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANCESCO PRONIO, Appellant.

(Argued February 17, 1930; decided March 18, 1930.)

*T. Arthur Hendricks* for appellant.

*Melvin F. Kinkley, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.